UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DELL ROSS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>B. WOODWARD, et al.,<br><br>　　　　　　Defendants. | 1:13-cv-01703-GSA (PC)<br><br>ORDER STRIKING UNSIGNED APPLICATION<br>(Doc. 5.)<br><br>ORDER TO SUBMIT NEW, SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2013, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 5.) However, the application was not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Plaintiff's unsigned application shall be stricken from the record, and Plaintiff shall be allowed time to file a new application bearing his signature.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's unsigned application to proceed in forma pauperis, submitted on November 12, 2013, is STRICKEN from the record;

　　　　2.　　Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and **signed**, or in the

1

alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**;

      3.     Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint; and

      4.     **Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 14, 2013**　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE